UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  TAM Q. VU, | : | Case No. 14-13852REF |
| Debtor | : | Chapter 7 |

| | | |
|---|---|---|
| TAM Q. VU, | : | Adv. No. 15-61 |
| Plaintiff | : | |
| v. | : | |
| YOUNG [sic] LIN, | : | |
| Defendant | : | |

# **ORDER**

AND NOW, this 7 day of November, 2018, for the reasons set forth in the accompanying Opinion entered in this adversary proceeding of even date herewith,

IT IS HEREBY ORDERED that JUDGMENT ON THE COMPLAINT IS ENTERED IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT IN THE AMOUNT OF $17,750.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge